UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK SILVA-SUAREZ,<br><br>    Petitioner,<br><br>    v.<br><br>KELLY SANTORO,<br><br>    Respondent. | Case No. 8:21-cv-00443-SSS-SK<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION TO DENY HABEAS PETITION** |

In accordance with 28 U.S.C. § 636, the Court has reviewed the attached Report and Recommendation ("R&R") to deny the habeas petition, any pertinent records as needed, and Petitioner's objections. [Dkt. 18]. The Court has reviewed *de novo* those identifiable portions of the R&R to which Petitioner has timely and properly objected. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

In doing so, the Court declines to consider any arguments raised for the first time only in the objections. *See United States v. Howell*, 231 F.3d 615, 621–23 (9th Cir. 2000). It also declines to consider objections that simply repeat arguments fully addressed but rejected in the R&R. *See Trejo Perez v. Madden*, 2020 WL 1154807, at *1 (E.D. Cal. Mar. 10, 2020) (objections that "merely repeat[] the same arguments . . . considered and found to be insufficient" require no review since they "do not meaningfully dispute the

magistrate judge's findings and recommendations"); *Hagberg v. Astrue*, 2009 WL 3386595, at *1 (D. Mont. Oct. 14, 2009) ("Objections to a magistrate's Findings and Recommendations are not a vehicle for the losing party to relitigate its case.").

Concluding that nothing in Petitioner's objections affects the material findings and conclusions in the R&R, the Court accepts the R&R and orders that the petition under 28 U.S.C. § 2254 be **DENIED**. Judgment **DISMISSING** this action **WITH PREJUDICE** will be entered accordingly.

IT IS SO ORDERED.

DATED: June 26, 2023

SUNSHINE S. SYKES
United States District Judge