JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK SILVA-SUAREZ, | Case No. 8:21-cv-00443-SSS-SK |
| Petitioner, | |
| v. | **JUDGMENT** |
| KELLY SANTORO, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation to Deny Habeas Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus under 28 U.S.C. § 2254 is **DENIED** and that this action is **DISMISSED WITH PREJUDICE.**

DATED: June 26, 2023

_____
SUNSHINE S. SYKES
United States District Judge